

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:24-MJ-01393-DUTY |
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION AFTER ) HEARING |
| RICHARD CLAY ROBERTS, | ) |
| Defendant. | ) [Fed. R. Crim. P. 32.1(a)(6); ) 18 U.S.C. § 3143(a)] |

The defendant having been arrested in Los Angeles, California pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\

\\

\\

A.   (X)   The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources and failure to proffer sufficient evidence to meet the defendant's burden on this issue;

and

B.   (X)   The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's criminal history and failure to proffer sufficient evidence to meet the defendant's burden on this issue.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: March 12, 2024

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE